UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES GIOVINO, et al.,<br><br>            Defendants. | No.  2:15-cv-0040-EFB P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding without counsel in this civil action.  Defendants Giovino and Burnett removed this action to federal court on the basis of diversity jurisdiction and subject matter jurisdiction, claiming that plaintiff's complaint can be fairly read to allege an Eighth Amendment deliberate indifference to medical needs claim under 28 U.S.C. § 1983.  ECF No. 1.  Defendants also moved to dismiss for lack of personal jurisdiction and improper venue.  ECF No. 3.  Plaintiff opposed the motion to dismiss and defendants filed a reply.  *See* ECF Nos. 4, 5.

   In the complaint, plaintiff asserts a claim arising out of events that occurred at the La Palma Correctional Center in Eloy, Arizona.  Venue is not proper in this district because both defendants and any witnesses reside in Arizona and all events relevant to this action occurred in Arizona.  *See* 28 U.S.C. § 1391(b).  The La Palma Correctional Center is in Arizona, and venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 82.

1

1   Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States
2  District Court for the District of Arizona.  *See* 28 U.S.C. §§ 1404(a), 1406(a).
3  Dated:  April 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2